UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Harris G. Griffin | : | Case No.: 19-12815-elf |
| | : | |
| Debtor | : | Chapter 13 |

## ORDER GRANTING DEBTOR'S
## MOTION TO APPROVE LOAN MODIFICATION

AND NOW, this _____ day of _____, 2021 upon consideration of the Motion to Approve Loan Modification it is hereby ORDERED and DECREED that Loan Modification Agreement is APPROVED;

FURTHER ORDERED:

_____
Eric L. Frank
U.S. Bankruptcy Judge