UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| Harris G. Griffin | Case No.: 19-12815-elf |
| Debtor | Chapter 13 |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Approve Loan Modification and Notice of Motion was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority, affected creditors per the address provided on their Proof of Claims and if no proof of claim has been filed, then on the address listed on the credit report and on the following parties:

**William C. Miller, Esq.**
Chapter 13 Standing Trustee

**Ally Bank**
PO Box 130424
Roseville, MN 55113-0004

**PennyMac Loan Services, LLC**
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

**Water Revenue Bureau**
Pamela Elchert Thurmond
Tax & Revenue Unit
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Dated: July 16, 2021

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
1315 Walnut Street, Suite #502
Philadelphia, PA 19107