IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Harris G. Griffin | : | Chapter 13 |
| | : | Case No. 19-12815-ELF |
|    Debtor(s) | : | |

### **CERTIFICATE OF NO RESPONSE**

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the *Motion to Modify Plan* and respectfully request that the Order attached to the Motion be entered.

Dated: August 16, 2021

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, Pa 19107
215-545-0008