**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1    Harris G. Griffin

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number    19-12815 AMC

Official Form 410S1

# Notice of Mortgage Payment Change            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC            **Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 4765

**Date of payment change:**
Must be at least 21 days after date of this notice            07/01/2023

**New total payment:**            $823.62
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $314.51            New escrow payment:  $ 423.19

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____ %            New interest rate:  _____ %

   Current principal and interest payment: $ _____            New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____            New mortgage payment: $ _____

Debtor(s)   <u>Harris         G.          Griffin</u>   Case number *(if known)*  <u>19-12815 AMC</u>
           First Name     Middle Name    Last Name

## Part 4:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Mark A. Cronin*                                   Date   05/08/2023
   Signature
Print:  Mark Cronin
        08 May 2023, 15:42:56, EDT

Title   <u>Attorney for Creditor</u>

Company     <u>KML Law Group, P.C.</u>

Address     <u>701</u>        <u>Market Street, Suite 5000</u>
            Number         Street
            Philadelphia,                         PA     19106
            City                                  State  ZIP Code

Contact phone  (215) 627–1322          Email  <u>bkgroup@kmllawgroup.com</u>