# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Harris G. Griffin<br>**Debtor(s)**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>**Movant**<br>vs.<br><br>Harris G. Griffin<br>**Debtor(s)**<br><br>Kenneth E. West Esq.,<br>**Trustee** | BK NO. 19-12815 AMC<br><br>Chapter 13<br><br>Related to Claim No. 7 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Mark A. Cronin of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 11, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Harris G. Griffin
4161 Stirling Street
Philadelphia, PA 19135

Attorney for Debtor(s) (via ECF)
Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Trustee (via ECF)
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first-class mail

Dated: May 11, 2023

/s/ Mark A. Cronin
Mark A. Cronin Esquire
Attorney I.D. 58240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mcronin@kmllawgroup.com